IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

MICHAEL LANGJAHR,

    Plaintiff,

v.                           Case No.   : 09-27136
                              Division    :

TIME INSURANCE COMPANY,                     DIVISION H

    Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, MICHAEL LANGJAHR, by and through his undersigned attorney, and sues the Defendant, TIME INSURANCE COMPANY, and states as follows:

1. This is an action for damages that exceeds $15,000.00 exclusive of costs, interest and attorney's fees.

2. That all times material hereto, the Plaintiff, MICHAEL LANGJAHR, was a resident of Ruskin, Hillsborough County, Florida.

3. That at all times material hereto, the Defendant, TIME INSURANCE COMPANY, was a foreign corporation authorized and engaged in the insurance business in the State of Florida.

4. That at all times material hereto, the Plaintiff, MICHAEL LANGJAHR, was the husband and spouse of Yvonne Langjahr.

5. That on or about March 25, 2008, TIME INSURANCE COMPANY issued a family health insurance plan to Yvonne Langjahr, Certificate Number 0060134702, which

provided health insurance coverage and benefits for the Plaintiff, MICHAEL LANGJAHR. A copy of the policy of insurance is attached hereto as Exhibit "A".

6. Following the issuance of the policy of insurance by TIME INSURANCE COMPANY to Yvonne Langjahr, while the policy was in full force and effect, the Plaintiff, MICHAEL LANGJAHR, was diagnosed with Non-Hodgkin's lymphoma and other medical conditions for which he required extensive medical treatment and care.

7. As a result of medical treatment and care the Plaintiff received for his medical conditions, the Plaintiff incurred extensive medical expenses which were submitted to the Defendant, TIME INSURANCE COMPANY, for payment. TIME INSURANCE COMPANY has breached the terms and conditions of the policy and in Florida law by refusing to pay the benefits due under the terms and conditions of the subject health insurance policy issued by TIME INSURANCE COMPANY to Yvonne Langjahr.

8. As a result of the subject breach, the Plaintiff is entitled to damages which include the benefits due under the terms and conditions of the policy of insurance issued by TIME INSURANCE COMPANY to Yvonne Langjahr in addition to prejudgment interest since the date the medical expenses were incurred.

9. As a result of TIME INSURANCE COMPANY's refusal to pay MICHAEL LANGJAHR's medical bills under the subject policy, MICHAEL LANGJAHR was forced to retain the undersigned counsel, and is responsible for payment of reasonable attorney's fees in connection with the prosecution of this action.

WHEREFORE, the Plaintiff, MICHAEL LANGJAHR, demands judgment against the Defendant, TIME INSURANCE COMPANY, for damages, prejudgment interest and reasonable

costs and reasonable attorney's fees, pursuant to Florida Statute §627.428 and such other relief as to this Court deems just and proper. The Plaintiff also demands trial by jury on all issues so triable.

                              Respectfully submitted,

Daniel F. Pilka
PILKA & ASSOCIATES, P.A.
Post Office Box 3470
Brandon, Florida 33509-3470
Tel: (813) 653-3800/(863) 687-0780
Fax: (813) 651-0710
Florida Bar No. 442021
Attorney for Plaintiff

DFP/mbh 288398